IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TORNERRO CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-99-PT-3395-E |
| | ) | |
| LARRY AMERSON, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 19, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed in part for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on April 9, 2001.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be partially dismissed for failing to state a claim upon which relief can be granted, 28 U.S.C. § 1915A(b) as it pertains to the following persons and claims made by the plaintiff:

(1) Officer Springer, Officer Smith, Officer Hall (who were not named defendants),
(2) Unidentified Persons,
(3) Sheriff Amerson,
(4) Dr. Karla Thompson .
(5) The claim regarding denial of medical care related to nosebleeds and dizziness;
(6) The claim against Bruce Barcliff and Sgt. Middleton regarding a denial of package(s); and

7. The claim against Officer Knowlton for verbal abuse.

An appropriate order will be entered.

DATED this 25th day of April, 2001.

ROBERT B. PROPST
SENIOR JUDGE